82,572-01

January 29 2015
District/county clerk
291st District court
Dallas County

RE: WR-82.572-01
CAUSE NO: F09-56401-U

DATE: 02-04-15
FILE IN WRIT FILE
BY: LAN

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 02 2015
Abel Acosta, Clerk

Dear Clerk,

Enclosed please find movant's Motion for Court Appointed Counsel, Order, Declaration in support of right to representation by counsel. In the above-style + numbered cause Please. file these papers and bring them to the courts attention.

Your assistance in this matter is greatly appreciated

Sincerely

Defendant, Pro se

Print name CHANTEZ ANDERSON
TDCJ NO. 1811941
TDCJ UNIT lane Murray
1916 n Hwy 36 By Pass
ADDRESS Route# or Box number
gatesville Texas 76596

Enclosed
CC file
1 of 5

Cause no. WR-82,572-01

The State of Texas                    In the 291st
                                      court of Dallas

Vs.

Chamel Anderson                       Dallas county Texas
1811941 TDCJ
08.9.1979 Date of Birth.

Request for Court Appointed counsel
pursuant to article 1.051, Texas of criminal-
                                      Procedure

To the Honorable judge of said court:
Comes Now the defendant Chamel Anderson
TDCJ #1811941 and requests that the court
appoint counsel to assist her in resolving
pending charges in above-styled cause
pursuant to Tex. Code Crim. Proc. art. 1.051. article.
1.051(c) states as follows "An indigent defendant
is entitled to have adequate attorney appointed
to represent her in any adversary judicial
Proceeding that may result in reversal of
judgements" Defendants. Declaration in
Support of right to Representation of
counsel. is attached & incorporated here to
as Exhibit 1.

Respectfully submitted

_____
Defendant, Pro Se

# Certificate of Service

I certify that a copy of the foregoing motion for Court Appointed Counsel, Exhibit 1 & Order have been mailed certified mail, return receipt requested hand delivered to _____ prosecutor for the state at _____ address _____ on this _____ day __28__ of January month _____ 20__15__ year

_____
Defendant Pro Se
CHARLEZ ANDERSON
Print name
TDCJ no __1811941__
TDCJ unit __Lane Murray__
1916 n. Hwy 36 Bypass
Gatesville tx. 76596

Exhibit 1
Declaration in Support of
Right to Representation By Counsel
Art 1.051; Texas Code of Criminal Procedure

The following Declaration is in Support of Article 1.051 Right to Representation by counsel in the Texas Code of Procedure

Now Respectfully comes Chamel Anderson TDCJ#1811941 and declare that I am unable to pay the court costes in this criminal action & would show the court the following

(1) I am presently incarcerated in the lane Murray unit of Texas Deparment of Criminal Justice where I am not permitted to earn or handle money

(2) I have no source of income or spousal income

(3) I currently have $ 40 credited to me in the Inmate Trust fund.

(4) During my incarceration in the Texas Dept. of Criminal Justice I have recieved approximently $ 30 per month as a gift from relatives

(5) I neither own nor have an intrest in any realty, stocks, bonds or bank account & recieve no intrest or dividend income from any source

(6) I have Ø dependents

(7) I have total debt of approximatly $20,000

(over)

cause no WR-82.572-01

The State of Texas      In the 291st

Vs.

Chamel Anderson      Court of Dallas

1811941 TDCJ        County Texas

## Order Appointment of Counsel

Came on this day for consideration, the Defendant's request for appointment of counsel to assist her, in resolving pending charge in the above-styled cause pursuant to Tex. Code. Crim. Proc. art 1.051. The court has reviewed defendant's Declaration in support of right to representation. by counsel. in this matter & it is hereby.

Ordered that an attorney shall be appointed to represent Defendant pursuant to Tex. Code. Crim. Proc. art 1.051 Accordingly the following attorney is hereby appointed. & instructed to contact his/her client regarding this matter.

Name _____

Address _____

It is further ordered. that a copy of this order shall be sent to Defendant by the clerk of this Court

_____
Judge Presiding

4 of 5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
### _____ DIVISION

CHANNET ANDERSON 1811941
_____
Plaintiff's name and ID Number

lane Murray
_____
Place of Confinement

CASE NO._____
(Clerk will assign the number)

V.

CHANNET ANDERSON
1916 N. Hwy 36 Bypass Gatesville tx 76596
_____
Defendant's name and address

## APPLICATION TO PROCEED
## IN FORMA PAUPERIS

I, CHANNET ANDERSON declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment?    Yes ☐   No ☒
   b. Rent payments, interest or dividends?             Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?   Yes ☐   No ☒
   d. Gifts or inheritances?                            Yes ☐   No ☒
   e. Family or friends?                                Yes ☒   No ☐
   f. Any other sources?                                Yes ☐   No ☒

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   family here & there 20# & 40#
                      Aunt    Dad

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

   Yes ☐        No ☒

   If you answered **YES** to any of the questions above, state the total value of the items owned.

   _____

   _____

1

3.  Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐          No ☒

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the _____ day of _____, 20____.

_____          1811941
Signature of Plaintiff                              ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE      01/28/15
LM34/AVI8522             IN-FORMA-PAUPERIS DATA               09:49:50
TDCJ#: 01811941 SID#: 08401807 LOCATION: MURRAY        INDIGENT DTE:
NAME: ANDERSON,CHAMEL NICOLE           BEGINNING PERIOD: 07/01/14
PREVIOUS TDCJ NUMBERS: 01680587
CURRENT BAL:        18.01 TOT HOLD AMT:        0.00 3MTH TOT DEP:      90.00
6MTH DEP:          270.00 6MTH AVG BAL:       53.06 6MTH AVG DEP:      45.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS  MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/14      81.71           70.00      09/14     143.37          40.00
11/14      13.98            0.00      08/14     127.37          80.00
10/14      47.18           20.00      07/14      73.94          60.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF Coryell
ON THIS THE 28th DAY OF January ,2015 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG

```
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____
```



ANGELA S. VINCENT
Notary Public
STATE OF TEXAS
My Comm. Exp. 02/24/2015
Notary without Bond